# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1736

_____

Diana Danhauer,                              *
                                             *
    Plaintiff - Appellee,            *
                                             *
v.                                           *   Appeals from the United States
                                             *   District Court for the District
JK Tooling and Machine, Inc.,                *   of Nebraska
                                             *
    Defendant -Appellant.            *            [UNPUBLISHED]

_____

Submitted: December 14, 2000
Filed: January 23, 2001

_____

Before McMILLIAN and MURPHY, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM.

    JK Tooling, Inc., appeals from the judgment in favor of Diana Danhauer on her Title VII claim and supplemental state law discrimination claim alleging insufficient evidence and error in denial of its motion for judgment as a matter of law.

_____

    [1]The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.

After a careful examination of the record and with due deference given in favor of the verdict, this Court finds there was sufficient evidence to support the jury's verdict. The district court, therefore, properly denied JK Tooling's motion for judgment as a matter of law. Under Eighth Circuit Rule 47B, no further commentary is warranted.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.